ANNIE ZWERDLING, Appellant, v. HARRY LEFRAK and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

DAVID ALBERT, Respondent, v. SARAH SONIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

IDA ALPERT, as Administratrix, etc., of ABRAHAM ALPERT, Deceased, Respondent, v. CHARLOTTE A. DAY and Others, Appellants, Impleaded with FRANK FRIEDMAN, Respondent.*— Judgment affirmed, with costs. (Peck v. Weil, 231 App. Div. 670; 235 id. 601; affd., 259 N. Y. 540; Kowalsky v. Conreco Company, Inc., 237 App. Div. 23.) Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., dissents.

A. T. STOCK FARM CORPORATION and Others, Appellants, v. ERIE RAILROAD COMPANY and NEW JERSEY AND NEW YORK RAILROAD COMPANY, Respondents.— Order in so far as it denies an examination of defendants in respect of the items in Exhibit "A" reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. The plaintiffs were entitled to the examination sought under settled authorities in this court. The examination is to proceed and the books and papers are to be produced at a time and place to be stated in the order. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.